UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1    JAVIER ROBLES,

    Defendant.

_____/

Criminal No. 16-cr-20582

Honorable Laurie Michelson

# PRELIMINARY ORDER OF FORFEITURE
# FOR FORFEITURE MONEY JUDGMENT

This matter comes before the Court on the United States' Application for Forfeiture Money Judgment. Having reviewed the Application, the testimony and exhibits presented at trial, and the record in this case, the Court ORDERS as follows:

On October 31, 2017, Defendant was charged in a Superseding Indictment with Count One, Conspiracy to Possess with Intent to Distribute and Distribution of Controlled Substances in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846; and with Count Two, Conspiracy to Launder Monetary Instruments in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), 1956(a)(1)(B)(ii), and 1956(h).

The Superseding Indictment included General Forfeiture Allegations, including notice that, upon Defendant's conviction of one or more violations alleged in the Superseding Indictment, the United States will seek, among other things, a forfeiture money judgment against the convicted defendants in an amount representing the total amount involved in the violations of Title 18, United States Code, Section 1956(h).

On December 19, 2018, at the conclusion of the jury trial, Defendant was convicted of Counts One and Two of the Superseding Indictment.

The Court finds that the evidence at trial and the record in this case established that $634,072.00 was funneled through bank accounts involved in the money laundering conspiracy by depositing cash into bank branches located in Michigan, which was subsequently withdrawn from bank branches located in California.

NOW, THEREFORE, based on the Government's Application for Forfeiture Money Judgment, the Superseding Indictment, Defendant's conviction at trial, the testimony and exhibits presented at trial and accompanying the Application, and other information in the record:

IT IS HEREBY ORDERED that a Forfeiture Money Judgment in the amount of Six Hundred Thirty Four Thousand Seventy Two dollars ($634,072.00)

is entered against Defendant in favor of the United States of America under 18 U.S.C. § 982(a)(1) and Rule 32.2 of the Federal Rules of Criminal Procedure. The Court finds that the Forfeiture Money Judgment represents the amount of money involved in the Money Laundering Conspiracy charged in Count Two.

The Court ORDERS that the Forfeiture Money Judgment may be satisfied, to whatever extent possible, from any property owned or controlled by Defendant. Any assets that Defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p) until the Forfeiture Money Judgment is satisfied in full. The United States may undertake whatever discovery is necessary to identify and locate substitute assets under Federal Rule of Criminal Procedure 32.2(b).

Under Federal Rule of Criminal Procedure 32.2(c), this Order shall become final as to the Defendant at sentencing and shall be made part of Defendant's sentence and included in the Judgment. Ancillary proceedings are not required because this forfeiture order consists entirely of a money judgment.

The Court retains jurisdiction to enforce this Order, and to amend it as necessary, under Federal Rule of Criminal Procedure 32.2(e).

******************************************************************

**IT IS SO ORDERED.**

Date: May 20, 2019                            s/LAURIE J. MICHELSON
                                              UNITED STATES DISTRICT JUDGE